

# U.S. District Court

## California Northern - Oakland

Receipt Date: Jun 24, 2025 10:56AM

MARIO ROBERTO JUAREZ  
1805 FRUITVALE AVE  
OAKLAND, CA 94601

Rcpt. No: 411018513        Trans. Date: Jun 24, 2025 10:56AM        Cashier ID: #AF (7003)

| CD  | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|-----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|----|--------|-----|
| CC | Credit Card | $405.00 |

Total Due Prior to Payment: $405.00  
Total Tendered: $405.00  
Total Cash Received: $0.00

**Comments**: 25-CV-5280-SK

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.