UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIO JUAREZ,

    Plaintiff,

v.

T-MOBILE USA, INC.,

    Defendant.

Case No. 25-cv-05280-WHO

**ORDER REQUIRING RESPONSE AND SETTING HEARING**

    Plaintiff Mario Juarez has filed a Complaint and is seeking a Temporary Restraining Order ("TRO") against defendant T-Mobile USA, Inc. Dkt. Nos. 1, 2, 9, 10. Juarez claims that T-Mobile has violated federal telecommunication laws, regulations of the Federal Communications Commission ("FCC"), and California consumer protection laws and regulations by refusing to port at least ten phone numbers associated with his T-Mobile account that is "on hold" or "cancelled." Dkt. No. 1. Juarez argues that he is entitled to expedited TRO relief because his phone numbers are at-risk of being reassigned under the FCC's 45-day aging rule on July 12, 2025. *See* 47 C.F.R. § 52.15(f)(1)(ii). Juarez also seeks expedited discovery and evidence preservation orders. *See* Dkt. No. 11.

    It is not clear to me that Juarez is entitled to any expedited relief on this record. The documents Juarez attached to his Complaint and other filings indicate that his T-Mobile account was "cancelled" before he sought to port out the numbers, and some of the numbers he wants to port away from T-Mobile were either "disconnected or [are] no longer part of the account." *See* Dkt. No. 5 at ECF pgs. 5, 15.

    Nonetheless, I ORDER Juarez to serve T-Mobile with this Order, on or before June 26,

2025, through the available contacts for T-Mobile.[1]  T-Mobile may file a response to the TRO **by July 3, 2025** focused on whether Juarez is entitled to a narrow TRO prohibiting T-Mobile from applying the 45-day aging rule and disassociating Juarez from the claimed phone numbers (through the North American Numbering Plan or otherwise) until the merits of his claims can be tested.

**A hearing on the request for the TRO is set for Monday July 7, 2025 at 2:00 p.m.** to be held by videoconference via a Zoom webinar.

**IT IS SO ORDERED.**

Dated: June 25, 2025



William H. Orrick
United States District Judge

---

[1] That service includes by email to legalnotices@t-mobile.com and by overnight mail to both CSC-Lawyers Incorporating Service and the 12920 SE 38th Street, Bellevue, WA 98006 addresses identified by Juarez.  *See* Complaint at 23-24.

2