1  MARIO JUAREZ
   66 FRANKLIN STREET, SUITE 300
2  OAKLAND, CALIFORNIA 94601
   mario@mariojuarez.co
3

4
                    UNITED STATES DISTRICT COURT
5
                    NORTHERN DISTRICT OF CALIFORNIA
6

7

8  **MARIO JUAREZ, INDIVIDUALLY AND DOING BUSINESS AS VIVA ENTERTAINMENT COMPANY,** | Case No.: CV 25-5280-WHO

9  Plaintiff, | **Exhibit A**

10 vs. | **Transcript of Call with T-Mobile Office of the President**

11 **T-MOBILE USA, INC., A DELAWARE CORPORATION, AND DOES 1–20,** | **Date of Call: June 27, 2025**

12

13 Defendant(s) | **Time of Call: 11:55 PM PDT**

14 | **Plaintiff's Location: Tijuana, Baja California, Mexico**

15 | **Plaintiff's Number: +1 (510) 688-9997**

16 | **Caller: Michelle Williams, Office of the President, T-Mobile**
   | **T-Mobile Caller ID: +1 (425) 403-1448**
17

18 | **Participants:**
   | • Michelle Williams, Senior Specialist, Office of the President, T-Mobile
19

20 | • Mario Juarez, Plaintiff

21

25

26

| | |
|---|---|
| 1 | **Exhibit A Transcript of Call with T-Mobile Office of the President** |
| 2 | **Date of Call:** June 27, 2025 |
| 3 | **Time of Call:** 11:55 PM PDT |
| 4 | **Plaintiff's Location:** Tijuana, Baja California, Mexico |
| 5 | **Plaintiff's Number:** +1 (510) 688-9997 |
| 6 | **Caller:** Michelle Williams, Office of the President, T-Mobile |
| 7 | **T-Mobile Caller ID:** +1 (425) 403-1448 |
| 8 | |
| 9 | **Participants:** |
| 10 | • **Michelle Williams**, Senior Specialist, Office of the President, T-Mobile |
| 11 | • **Mario Juarez**, Plaintiff |
| 12 | |
| 13 | **Michelle Williams:** Just before we get started, I do want to let you know that the call |
| 14 | may be monitored for training or quality purposes. |
| 15 | **Mario Juarez:** You said, okay if I monitor? |
| 16 | **Michelle Williams:** Regrettably, I'm not able to be recorded. |
| 17 | **Mario Juarez:** Okay, no problem. I can still have a conversation. |
| 18 | **Michelle Williams:** So I know that you're calling in regards to the complaint that you |
| 19 | filed, apparently. |
| 20 | |
| 21 | |

EXHIBIT A TRANSCRIPT OF CALL WITH T-MOBILE OFFICE OF THE PRESIDENTDATE OF CALL: JUNE 27, 2025TIME OF CALL: 11:55 PM PDTPLAINTIFF'S LOCATION: TIJUANA, BAJA CALIFORNIA, MEXICOPLAINTIFF'S NUMBER: +1 (510) 688-9997CALLER: MICHELLE WILLIAMS, OFFICE OF THE PRESIDENT, T-MOBILET-MOBILE CALLER ID: +1 (425) 403-1448PARTICIPANTS:• MICHELLE WILLIAMS, SENIOR SPECIALIST, OFFICE OF THE PRESIDENT, T-MOBILE• MARIO JUAREZ, PLAINTIFF - 2

| | |
|---|---|
| 1 | **Mario Juarez:** Yes. I'm so sorry that I have to reach out to you. We received the federal |
| 2 | communications that you were trying to get your lines ported and regrettably, it's not been able |
| 3 | to report because of the account balance and the account's cancellation. |
| 4 | **Michelle Williams:** Yeah. So sorry about that. I hate to hear your concerns. |
| 5 | **Michelle Williams:** So just by going over the information, you kind of summed it up. |
| 6 | You were trying to make some arrangements, and it didn't happen. You tried to do the best that |
| 7 | you could… |
| 8 | **Mario Juarez:** No, I didn't want to end a relationship of over nine years as a business |
| 9 | customer and five to seven years before that as a private customer… |
| 10 | **Mario Juarez:** I value the relationship. I attempted to work it out. I was getting service |
| 11 | via text messages, even into the 22nd or 27th. The account was still active. I was able to do |
| 12 | verifications and some work. |
| 13 | **Mario Juarez:** The lines are the bloodline of my communications. They're my lines. I |
| 14 | tried to work it out. |
| 15 | **Mario Juarez:** I sent over 15 emails to people in government relations, accounts, |
| 16 | business reps—even legalnotices@t-mobile.com—trying to get attention. |
| 17 | **Mario Juarez:** I told them portability is my right. It's not a choice for T-Mobile. It has to |
| 18 | happen within 24 hours after I request it… |
| 19 | **Michelle Williams:** I completely understand and I definitely see your point of view. |
| 20 | Regrettably, there's not a way to allow the port to go through because the account has been |
| 21 | canceled… |

EXHIBIT A TRANSCRIPT OF CALL WITH T-MOBILE OFFICE OF THE PRESIDENTDATE OF CALL: JUNE 27, 2025TIME OF CALL: 11:55 PM PDTPLAINTIFF'S LOCATION: TIJUANA, BAJA CALIFORNIA, MEXICOPLAINTIFF'S NUMBER: +1 (510) 688-9997CALLER: MICHELLE WILLIAMS, OFFICE OF THE PRESIDENT, T-MOBILET-MOBILE CALLER ID: +1 (425) 403-1448PARTICIPANTS:• MICHELLE WILLIAMS, SENIOR SPECIALIST, OFFICE OF THE PRESIDENT, T-MOBILE• MARIO JUAREZ, PLAINTIFF - 3

1     **Mario Juarez:** But there's also the 45-day rule. You canceled it May 27. FCC says you

2 must wait 45 days before recycling a number…

3     **Michelle Williams:** The 45-day rule applies, but only if the account is restored. That

4 requires payment in full within 90 days.

5     **Mario Juarez:** So if I paid $29,000 within 90 days, you'd restore the account?

6     **Michelle Williams:** Yes. But we can't guarantee the numbers will still be available.

7     **Mario Juarez:** But you're not allowed to release them before 45 days.

8     **Michelle Williams:** That may be. But the system limitation stands. The account was

9 canceled on May 27.

10     **Michelle Williams:** We got the port request on May 29, but by then it was too late.

11     **Michelle Williams:** If you had requested it while the account was suspended—before

12 May 27—it would have gone through.

13     **Mario Juarez:** So what's your proposal? What can I do?

14     **Michelle Williams:** The only option is to pay the full $29,000. The system does not

15 allow partial payments or payment plans after cancellation.

16     **Mario Juarez:** Can I make arrangements via email with you?

17     **Michelle Williams:** Yes. I'll send you my email and direct number. I'll be the one

18 responding to the FCC by July 18…

19     **Mario Juarez:** I want to be sure I have your contact so I can reach out. You have my

20 email, right?

EXHIBIT A TRANSCRIPT OF CALL WITH T-MOBILE OFFICE OF THE PRESIDENTDATE OF CALL: JUNE 27, 2025TIME OF CALL: 11:55 PM PDTPLAINTIFF'S LOCATION: TIJUANA, BAJA CALIFORNIA, MEXICOPLAINTIFF'S NUMBER: +1 (510) 688-9997CALLER: MICHELLE WILLIAMS, OFFICE OF THE PRESIDENT, T-MOBILET-MOBILE CALLER ID: +1 (425) 403-1448PARTICIPANTS:• MICHELLE WILLIAMS, SENIOR SPECIALIST, OFFICE OF THE PRESIDENT, T-MOBILE• MARIO JUAREZ, PLAINTIFF - 4

1     **Michelle Williams:** Yes, I have your email as MRMarioJuarez@gmail.com. I also

2 already sent you an email from my address earlier today after I left a voicemail.

3     **Mario Juarez:** I'll check it now. Sometimes your emails get filtered to spam, but you're

4 not spam to me.

5     **Michelle Williams:** [laughs] I hear that a lot. My messages get flagged by filters

6 sometimes.

7     **Mario Juarez:** Okay, I see it now — Michelle Williams, Office of the President. Got it

8     **Michelle Williams:** Great. So just to summarize: your account was canceled May 27.

9 The 45-day window for porting without release is running short. If you pay the balance of

10 $29,000 within 90 days, the account could be restored and the numbers reactivated — but it's not

11 guaranteed.

12     **Mario Juarez:** Right. And just to confirm — you've helped customers in similar

13 situations before?

14     **Michelle Williams:** Yes. A customer in March reinstated their account and was able to

15 recover their numbers because they acted within the 90-day window.

16     **Mario Juarez:** Understood. I'll work on gathering the balance. I just want to make sure I

17 don't lose those numbers.

18     **Michelle Williams:** That's why I want to emphasize the urgency. There's no guarantee,

19 but the sooner it's paid, the better the chance you can restore them before they're recycled.

20     **Mario Juarez:** And again — T-Mobile policy doesn't override the FCC rules. I'm not

21 walking away from the debt. I'm just trying to preserve my rights.

EXHIBIT A TRANSCRIPT OF CALL WITH T-MOBILE OFFICE OF THE PRESIDENTDATE OF CALL: JUNE 27, 2025TIME OF CALL: 11:55 PM PDTPLAINTIFF'S LOCATION: TIJUANA, BAJA CALIFORNIA, MEXICOPLAINTIFF'S NUMBER: +1 (510) 688-9997CALLER: MICHELLE WILLIAMS, OFFICE OF THE PRESIDENT, T-MOBILET-MOBILE CALLER ID: +1 (425) 403-1448PARTICIPANTS:• MICHELLE WILLIAMS, SENIOR SPECIALIST, OFFICE OF THE PRESIDENT, T-MOBILE• MARIO JUAREZ, PLAINTIFF - 5

| | |
|---|---|
| 1 | **Michelle Williams:** I understand, and I truly want to help you get this resolved. |
| 2 | **Mario Juarez:** Okay. Then I have my marching orders, Ms. Williams. I appreciate your |
| 3 | professionalism and clarity. |
| 4 | **Michelle Williams:** You're welcome. Have a great rest of your day, Mr. Juarez. |
| 5 | **Mario Juarez:** You too. Goodbye. |
| 6 | **Michelle Williams:** Goodbye. |

EXHIBIT A TRANSCRIPT OF CALL WITH T-MOBILE OFFICE OF THE PRESIDENTDATE OF CALL: JUNE 27, 2025TIME OF CALL: 11:55 PM PDTPLAINTIFF'S LOCATION: TIJUANA, BAJA CALIFORNIA, MEXICOPLAINTIFF'S NUMBER: +1 (510) 688-9997CALLER: MICHELLE WILLIAMS, OFFICE OF THE PRESIDENT, T-MOBILET-MOBILE CALLER ID: +1 (425) 403-1448PARTICIPANTS:• MICHELLE WILLIAMS, SENIOR SPECIALIST, OFFICE OF THE PRESIDENT, T-MOBILE• MARIO JUAREZ, PLAINTIFF - 6