# Mario Juarez

| | |
|---|---|
| **From:** | Mario Juarez |
| **Sent:** | Thursday, June 12, 2025 4:41 PM |
| **To:** | mike.sievert@t-mobile.om; Barreda, Stephanie; Stephan, Tom; Olvera Escamilla, Carlos; SF-Michael Hughes (t-mobilesupport com); executirespomse@t-mobile.com |
| **Cc:** | T-Mobile for Business Collections |
| **Subject:** | RE: Important T-Mobile Account Update – ACTION NEEDED to your VIVA ENTERTAINMENT COMPANY LLC, reference account # 949864937. REQUEST FOR LINE RESTORATIONS-- LOGSTANDING BUSINESS CUSTOMER COMMITED TO A REPAYMENT PAN |

Dear Mr. Sievert,

My name is Mario Juarez, and I'm writing to you not only as the CEO of T-Mobile but as someone I hope will understand the kind of fight small business owners face when circumstances turn against us — and the kind of trust it takes to ask for help again.

I've been a T-Mobile business customer for nearly a decade. My companies, my clients, and my team have all relied on your services to operate daily. The shutdown of my business lines — though I understand why it occurred — has made it significantly harder for me to recover financially, because my phone is the bloodline of everything I do.

This isn't the first time I've faced hardship. And in the past, when I reached out, T-Mobile extended support — and in most of those moments, I was able to come through on my commitments. I'll be honest: there was a time I couldn't complete the payment plan. But I always made my best effort. And I've never stopped working to make things right.

Today, I'm asking for your help again — not for a handout, but for the opportunity to make good on this obligation with momentum.

- I have $5,000 available right now and am prepared to pay it today.
- I'm committing to $5,000 every two weeks until my balance — roughly $28,000 — is fully resolved.

- I believe that if my lines are restored, I'll be able to accelerate payments even faster — possibly every 10 days — because I'll finally have the tools I need to generate revenue again.

Since my suspension, I've worked through every available option — selling assets, collecting on past debts, negotiating contracts. I even gave my last payment knowing it would leave me overdrawn, because I needed to show my intent was real.

In parallel, I've started auditing unused lines, cutting down my monthly costs, and restructuring how I use T-Mobile's services. I want to be lean, responsible, and long-term.

Mr. Sievert, I'm not proud of how I arrived here — but I am proud of the fight I've put up to stay afloat. I'm reaching out to you with respect, humility, and full commitment. Please authorize the restoration of all my lines, so I can make good on this plan.

I believe in T-Mobile's mission. I believe in the way you've stood by customers like me before. I'm asking you now not to give up on someone who's still trying to make it right — because I believe I still can.

With respect and readiness to pay,

Mario Juarez

VIVA ENTERTAINMENT COMPANY LLC

mario@mariojuarez.com

Mobile: 510-821-6699

www.mariojuarez.co



**Mario Juarez**
mario@mariojuarez.CO

**Mario Juarez Organization**
Mobile: 510-821-6699
www.mariojuarez.co
Oakland – Delaware - Las Vegas – Miami Beach – Mexico City - Tijuana

       

---

**From:** Barreda, Stephanie <Stephanie.Barreda5@T-Mobile.com>
**Sent:** Thursday, February 13, 2025 6:44 AM
**To:** Mario Juarez <mario@mariojuarez.com>; Stephan, Tom <Thomas.Stephan3@T-Mobile.com>; Olvera Escamilla, Carlos <Carlos.Olvera8@T-Mobile.com>; SF-Michael Hughes (t-mobilesupport com) <Michael.Hughes@t-mobilesupport.com>
**Cc:** T-Mobile for Business Collections <T-MobileforBusinessCollections@T-Mobile.com>
**Subject:** Important T-Mobile Account Update – ACTION NEEDED to your VIVA ENTERTAINMENT COMPANY LLC, reference account # 949864937.

**CAUTION: EXTERNAL EMAIL**

Hi Mario,

We want to bring to your attention some important information regarding your VIVA ENTERTAINMENT COMPANY LLC, reference account # 949864937.

As of now, your account shows a total balance of $15,345.46, with a past due amount of $11,733.55 that is 54 days past due.

As we value your business, and we're committed to ensuring a smooth experience with your account and billing. We highly suggest settling your account balance on or before 2/18/2025.

- If you're having any trouble with your account or have questions about your invoices, please let us know by replying to this email with a detailed explanation. Your feedback is essential in helping us address any concerns you may have.

If there are no issues and you're ready to make a payment, kindly provide the following information at your earliest convenience:

- Available payment information: Please specify the payment method, amount, and the expected date of payment.
- If paying by check: Include the date the check was mailed and the check number.
- For payment assistance, feel free to contact me at 1-888-590-4040 or simply reply to this email.

As a convenient option, we encourage you to use our self-pay options by accessing this link https://www.t-mobile.com/support/account/pay-your-bill?cmpid=hw_send or to explore Electronic ACH payments for a faster posting time – inquire about this when you reach out.

Your prompt attention to this matter is appreciated, and we thank you for choosing T-Mobile.

Best regards,

**Stephanie Barreda**
Sr. Specialist, Accounts Receivable

Direct 888-590-4040
T-Mobile.com/business | Follow us on Twitter, Facebook, and LinkedIn

---

**From:** Barreda, Stephanie <Stephanie.Barreda5@T-Mobile.com>
**Sent:** Tuesday, February 11, 2025 12:16 PM
**To:** mario@mariojuarez.com <mario@mariojuarez.com>; Stephan, Tom <Thomas.Stephan3@T-Mobile.com>; Olvera Escamilla, Carlos <Carlos.Olvera8@T-Mobile.com>; SF-Michael Hughes (t-mobilesupport com) <Michael.Hughes@t-mobilesupport.com>
**Cc:** T-Mobile for Business Collections <T-MobileforBusinessCollections@T-Mobile.com>
**Subject:** Important T-Mobile Account Update – ACTION NEEDED to your VIVA ENTERTAINMENT COMPANY LLC, reference account # 949864937.

Hi Mario,

We want to bring to your attention some important information regarding your VIVA ENTERTAINMENT COMPANY LLC, reference account # 949864937.

As of now, your account shows a total balance of $15,345.46, with a past due amount of $11,733.55 that is 52 days past due. I've attached a file as your reference for your open invoices.

As we value your business, and we're committed to ensuring a smooth experience with your account and billing. We highly suggest settling your account balance as soon as possible.

- If you're having any trouble with your account or have questions about your invoices, please let us know by replying to this email with a detailed explanation. Your feedback is essential in helping us address any concerns you may have.

If there are no issues and you're ready to make a payment, kindly provide the following information at your earliest convenience:

- Available payment information: Please specify the payment method, amount, and the expected date of payment.
- If paying by check: Include the date the check was mailed and the check number.

- For payment assistance, feel free to contact me at 1-888-590-4040 or simply reply to this email.

As a convenient option, we encourage you to use our self-pay options by accessing this link https://www.t-mobile.com/support/account/pay-your-bill?cmpid=hw_send or to explore Electronic ACH payments for a faster posting time – inquire about this when you reach out.

Your prompt attention to this matter is appreciated, and we thank you for choosing T-Mobile.

Best regards,

**Stephanie Barreda**
Sr. Specialist, Accounts Receivable

Direct 888-590-4040
T-Mobile.com/business | Follow us on Twitter, Facebook, and LinkedIn