**Mario Juarez**
---

| | |
|---|---|
| **From:** | Mario Juarez |
| **Sent:** | Tuesday, June 17, 2025 8:08 PM |
| **To:** | Mario Juarez |
| **Subject:** | Second Email Full Legal Analysis 06/17/2025 |

--------------- Original Message ---------------
**From:** Mario Juarez [mario@mariojuarez.com]
**Sent:** 6/17/2025 12:34 AM
**To:** wirelessporting@t-mobile.com; fccinfo@fcc-fcc.gov; executiveresolutions@t-mobile.com; customercare@t-mobile.com; mike.sievert@t-mobile.com; carlos.olvera8@t-mobile.com; businessteam@t-mobile.com; executiverespomse@t-mobile.com; ceo@t-mobile.com; stephanie.barreda5@t-mobile.com; consumer-afairs@cpuc.ca.gov; michael.hughes@t-mobilesupport.com; thomas.stephan3@t-mobile.com
**Cc:** helpdesk@wavestreet.com; t-mobileforbusinesscollections@t-mobile.com; mario@mariojuarez.net; mario@mariojuarez.co; mrmariojuarez@gmail.com; mario@mariojuarez.com
**Subject:** SUBJECT: FINAL LEGAL DEMAND – Immediate Authorization to Port All Numbers – Account #949-864-937 – Violations of FCC & CPUC Rules

# ? SUBJECT: FINAL LEGAL DEMAND – Immediate Authorization to Port All Numbers – Account #949-864-937 – Violations of FCC & CPUC Rules

??

**Mailing Address for Hard Copy**

T-Mobile USA, Inc.

Executive Resolutions / Legal Department

12920 SE 38th Street

Bellevue, WA 98006

Attn: Executive Legal Division / CEO Mike Sievert


From:

Mario Juarez

Authorized Account Holder

Viva Entertainment Company

1241 High Street

Oakland, CA 94601

Email: mariojuarez@gmail.com

EIN: 47-3853196

T-Mobile Account #: 949-864-937

PIN: 696969

Primary Line: 510-944-7744

To Whom It May Concern,

This is a final legal demand for the immediate authorization and release of all phone numbers associated with the above-referenced business account, held by Viva Entertainment Company, for porting to Wave Street Data, my authorized new service provider.

Despite repeated good-faith efforts to resolve this matter and provide all required account information, T-Mobile has unlawfully obstructed the port-out process and denied me access to my business-critical telephone numbers.

**? PHONE NUMBERS INCLUDED BUT NOT LIMITED TO BE RELEASED:**

- 510-821-6699
- 510-944-7744
- 510-736-8080
- 510-901-9090
- 209-640-1111
- 702-515-9797
- 619-943-0202

- 510-641-7733
- 510-641-7711
- 510-828-5806

…and any other numbers linked to this account.

## ?? LEGAL VIOLATIONS – FEDERAL & CALIFORNIA LAW

?

### FCC Regulation – 47 CFR § 52.35

"A provider may not refuse to port a number based on an outstanding balance, account suspension, or contract dispute. Porting must proceed once the customer is properly verified."

You are explicitly prohibited under federal law from denying my ability to port numbers due to a $28,000 balance or suspension status.

?

### FCC Declaratory Ruling DA 07-244 (2007)

"Refusal to port a number due to unpaid bills or other conditions is unlawful and subject to enforcement. Porting rights are not conditional on account standing."

Your denial violates both the spirit and letter of FCC portability rules and exposes you to federal enforcement action.

?

### California Public Utilities Commission Decision D.07-09-019

"California adopts FCC porting rules in full. Carriers cannot use account delinquency or suspension to deny a valid port request."

This is binding in California and directly applies to wireless carriers operating in the state.

- 

### California Public Utilities Code § 710

"No provider… shall interfere with or block a consumer's ability to port his or her telephone number to another provider."

Your obstruction is a clear statutory violation.

- 

### California PU Code § 2890(c)

"A telephone corporation shall not make any change in a subscriber's provider choice without express authorization."

I provided authorization. You are not legally allowed to override it.

- 

### California Civil Code § 1770 (CLRA)

"Misrepresenting a consumer's legal rights or remedies" is a prohibited and actionable business practice.

Telling me I cannot port my numbers without paying in full is a misrepresentation of my legal rights.

- 

### California Business & Professions Code § 17200 (UCL)

Prohibits unlawful, unfair, or fraudulent business acts.

Denying phone number portability as leverage to collect a debt is an unfair practice, especially when payment arrangements have been proposed and ignored.

## ? TIMELINE OF DOCUMENTED ATTEMPTS

- May 28 & June 2, 2025: Port-out requests submitted by Wave Street Data, denied by T-Mobile.
- June 12, 2025: I sent a detailed email to CEO Mike Sievert and your Executive Team offering a $5,000 immediate payment and $5,000 biweekly as a resolution.
- June 14 & June 16, 2025: Follow-up emails were sent to five T-Mobile executive and collections contacts.
- No response received.
- Phone call with T-Mobile Business Resolution: I was informed that no numbers would be released unless the full balance was paid.

This constitutes a documented pattern of non-response, legal obstruction, and unfair business practice.

## ? BUSINESS HARM SUFFERED

Your refusal to port out my business numbers has:

- Crippled communications with long-standing clients
- Resulted in loss of contracts and revenue
- Created reputational damage
- Prevented me from conducting lawful business activities in California

Several of these numbers have been in use for over 20 years and are widely published as part of government, corporate, and vendor contact records.

## ?? LEGAL RETALIATION DISCLAIMER

Let me be clear:

I am not refusing to pay the debt. I made multiple written payment proposals and attempted to resolve this in good faith. You refused to respond.

If T-Mobile attempts to sue me, initiate collections, or take retaliatory legal action without first complying with federal and state law regarding number portability, I will:

- File a counterclaim for damages and business loss
- Seek injunctive relief for unlawful interference
- Pursue attorney's fees, regulatory penalties, and statutory damages
- Report your conduct to consumer protection media, state regulators, and industry watchdogs

This letter does not waive any legal rights or remedies, and serves as final notice and opportunity to comply.

## ? DEMAND FOR ACTION – DEADLINE 24 HOURS

You are hereby given 24 hours from receipt of this email and letter to:

1. Authorize and release all phone numbers associated with the account for immediate porting to Wave Street Data
2. Provide written confirmation that no further delays or blocks will be imposed based on balance or account status

If you do not comply, I will file:

- An FCC complaint under 47 CFR § 52.35
- A CPUC complaint citing CPUC D.07-09-019, PU Code §§ 710 & 2890
- A California Attorney General complaint for violations of CLRA and UCL
- A civil action in court seeking economic damages, public injunction, and statutory penalties

Respectfully,

Mario Juarez

Viva Entertainment Company

mariojuarez@gmail.com

510-944-7744

---

**From:** Mario Juarez
**Sent:** Monday, June 16, 2025 2:00 PM
**To:** Stephanie Barreda <Stephanie.Barreda5@t-mobile.com>; Tom Stephan <Thomas.Stephan3@t-mobile.com>; Carlos Olvera Escamilla <Carlos.Olvera8@t-mobile.com>; SF-Michael Hughes <Michael.Hughes@t-mobilesupport.com>; executiverespomse@t-mobile.com; mike.sievert@t-mobile.com
**Cc:** T-MobileforBusinessCollections@t-mobile.com
**Subject:** RE: Important T-Mobile Account Update – ACTION NEEDED to your VIVA ENTERTAINMENT COMPANY LLC, reference account # 949864937. REQUEST FOR LINE RESTORATIONS-- LOGSTANDING BUSINESS CUSTOMER COMMITED TO A REPAYMENT PAN


Mr. Sievers and members of T-Mobile.


I was following up to my email from last week. I hope you all had a relaxing and excellent weekend.


In services yours truly,


Mario




**Mario Juarez**
mario@mariojuarez.CO


**Mario Juarez Organization**
Mobile: 510-821-6699
www.mariojuarez.co

Oakland – Delaware - Las Vegas – Miami Beach – Mexico City - Tijuana





**Mario Juarez**
mario@mariojuarez.com

**Mario Juarez Organization**
Mobile: 510-821-6699
www.mariojuarez.co

