# Mario Juarez

| | |
|---|---|
| **From:** | Dawn Miller <dawn.fragnoli@t-mobilesupport.com> |
| **Sent:** | Tuesday, June 17, 2025 1:18 PM |
| **To:** | dawn.fragnoli@t-mobile.com |
| **Cc:** | wirelessporting@t-mobile.com; fccinfo@fcc-fcc.gov; executiveresolutions@t-mobile.com; customercare@t-mobile.com; mike.sievert@t-mobile.com; carlos.olvera8@t-mobile.com; businessteam@t-mobile.com; ceo@t-mobile.com; stephanie.barreda5@t-mobile.com; consumer-afairs@cpuc.ca.gov; michael.hughes@t-mobilesupport.com; thomas.stephan3@t-mobile.com; helpdesk@wavestreet.com; t-mobileforbusinesscollections@t-mobile.com; Mario Juarez; Mario Juarez; mrmariojuarez@gmail.com; Mario Juarez; kenya.calloway@t-mobile.com; amanda.howe@t-mobile.com |
| **Subject:** | Account 949864937 – Payment Requirement for Service Restoration   [ ref:!00D800ashm.!500Hu02Nrdtv:ref ] |

**CAUTION: EXTERNAL EMAIL**

Good afternoon Mr. Juarez,

Following up on your canceled account (949864937), we understand the impact this may have on your business. After a thorough review, we're unable to offer an additional payment arrangement at this time.

To resume service, the full balance of $29,265.23, including any applicable restoration fees, must be paid in full.  Once the payment is successfully posted, we can restore service and provide the port-out PIN for those lines.

Please let us know how you wish to proceed.

Very Respectfully,

Dawn Miller
P-Lead, Federal Government
Office Hours Monday-Friday 8am-5pm EST
Direct 470-671-5116 | dawn.fragnoli@t-mobilesupport.com
https://www.t-mobile.com/business | Follow us on Twitter, Facebook and LinkedIn


--------------- Original Message ---------------
**From:** Dawn Miller [dawn.fragnoli@t-mobile.com]
**Sent:** 6/17/2025 12:00 PM
**To:** mario@mariojuarez.com
**Cc:** mario@mariojuarez.net; wirelessporting@t-mobile.com; mario@mariojuarez.com; dawn.fragnoli@t-mobile.com; fccinfo@fcc-fcc.gov; executiveresolutions@t-mobile.com; customercare@t-mobile.com; mike.sievert@t-mobile.com; helpdesk@wavestreet.com; t-mobileforbusinesscollections@t-mobile.com; carlos.olvera8@t-mobile.com; mario@mariojuarez.co; mrmariojuarez@gmail.com; businessteam@t-mobile.com; executirespomse@t-mobile.com; ceo@t-mobile.com; stephanie.barreda5@t-mobile.com; consumer-afairs@cpuc.ca.gov; michael.hughes@t-

mobilesupport.com; thomas.stephan3@t-mobile.com
**Subject:** RE: SUBJECT: FINAL LEGAL DEMAND – Immediate Authorization to Port All Numbers – Account #949-864-937 – Violations of FCC & CPUC Rules [ ref:!00D800ashm.!500Hu02NrZwi:ref ]

Good morning Mr. Juarez,

I am trying to reach you however I do not have a valid phone number for you. Can you please provide a phone number that I can reach you at to further discuss your account and lines?

Very Respectfully,

Dawn Miller
P-Lead, Federal Government
Office Hours Monday-Friday 8am-5pm EST
Direct 470-671-5116 | dawn.fragnoli@t-mobile.com
https://www.t-mobile.com/business | Follow us on Twitter, Facebook and LinkedIn


--------------- Original Message ---------------
**From:** Mario Juarez [mario@mariojuarez.com]
**Sent:** 6/17/2025 12:34 AM
**To:** wirelessporting@t-mobile.com; fccinfo@fcc-fcc.gov; executiveresolutions@t-mobile.com; customercare@t-mobile.com; mike.sievert@t-mobile.com; carlos.olvera8@t-mobile.com; businessteam@t-mobile.com; executiverespomse@t-mobile.com; ceo@t-mobile.com; stephanie.barreda5@t-mobile.com; consumer-afairs@cpuc.ca.gov; michael.hughes@t-mobilesupport.com; thomas.stephan3@t-mobile.com
**Cc:** helpdesk@wavestreet.com; t-mobileforbusinesscollections@t-mobile.com; mario@mariojuarez.net; mario@mariojuarez.co; mrmariojuarez@gmail.com; mario@mariojuarez.com
**Subject:** SUBJECT: FINAL LEGAL DEMAND – Immediate Authorization to Port All Numbers – Account #949-864-937 – Violations of FCC & CPUC Rules

## ? SUBJECT: FINAL LEGAL DEMAND – Immediate Authorization to Port All Numbers – Account #949-864-937 – Violations of FCC & CPUC Rules

??

## Mailing Address for Hard Copy

T-Mobile USA, Inc.

Executive Resolutions / Legal Department

12920 SE 38th Street

Bellevue, WA 98006

Attn: Executive Legal Division / CEO Mike Sievert

From:
Mario Juarez
Authorized Account Holder
Viva Entertainment Company
1241 High Street
Oakland, CA 94601
Email: [mariojuarez@gmail.com](mailto:mariojuarez@gmail.com)
EIN: 47-3853196
T-Mobile Account #: 949-864-937
PIN: 696969
Primary Line: 510-944-7744

To Whom It May Concern,

This is a final legal demand for the immediate authorization and release of all phone numbers associated with the above-referenced business account, held by Viva Entertainment Company, for porting to Wave Street Data, my authorized new service provider.

Despite repeated good-faith efforts to resolve this matter and provide all required account information, T-Mobile has unlawfully obstructed the port-out process and denied me access to my business-critical telephone numbers.

**? PHONE NUMBERS INCLUDED BUT NOT LIMITED TO BE RELEASED:**

1. 510-821-6699
2. 510-944-7744
3. 510-736-8080
4. 510-901-9090
5. 209-640-1111
6. 702-515-9797
7. 619-943-0202
8. 510-641-7733
9. 510-641-7711
10. 510-828-5806

    …and any other numbers linked to this account.