
## T-Mobile

1 message

---

**WILLIAMS, Michelle** <Michelle.A.Williams@t-mobile.com>                    Tue, Jul 1, 2025 at 11:53 AM
To: "mrmariojuarez@gmail.com" <mrmariojuarez@gmail.com>

Hello Mario Juarez,


By way of introduction my name is Michelle Williams with T-Mobile's Executive Response Team. I am the Senior Specialist assigned to your case and regret any inconvenience the issues may have caused you. I have attempted to reach you at your mobile number ending in 9997. Unfortunately, I was unable to reach you, I would like the opportunity to discuss your concerns further as they are important to me. Is there a time and date that best works for you to speak? If so, please let me know a good time to reach you and I will make every effort to accommodate your request.


Alternatively, please feel free to reach out to me directly concerning this matter by responding to this email or by calling me at 425-403-1448. I am typically in the office Monday through Friday 7:30am-4:00pm Pacific Standard Time (PST). I look forward to hearing from you.


Warm regards,


**Michelle Williams**

Sr. Specialist, Team CEO

T-Mobile

Direct 425-403-1448 | Email: Michelle.A.Williams@T-Mobile.Com

T-Mobile.com | Follow T-Mobile on LinkedIn, TikTok and Instagram

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. To protect sensitive information, the message may be encrypted. If prompted, please follow the steps to safely and securely view this message. Thank you.