# Mario Juarez

| | |
|---|---|
| **From:** | Mario Juarez |
| **Sent:** | Wednesday, July 2, 2025 9:20 PM |
| **To:** | Lawrence H. Heftman; lynn.fiorentino@afslaw.com |
| **Subject:** | Request for Consent to Serve Filings via Email – Mario Juarez v. T-Mobile USA, Inc. |

Subject: Request for Consent to Serve Filings via Email – Mario Juarez v. T-Mobile USA, Inc.

Dear Mr. Heftman and Ms. Fiorentino,

I am the pro se plaintiff in Mario Juarez v. T-Mobile USA, Inc., pending in the U.S. District Court, Northern District of California. Pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), I respectfully request your written consent to serve all court filings and related documents in this case via email to your addresses: lawrence.heftman@afslaw.com and lynn.fiorentino@afslaw.com.

Please confirm your consent by replying to this email or indicate any specific conditions for electronic service. I intend to file pleadings by July 3, 2025, and your prompt response will ensure compliance with service requirements.

Thank you for your cooperation.

Sincerely,
Mario Juarez
Pro Se Plaintiff
mario@mariojuarez.co



**Mario Juarez**
mario@mariojuarez.com

**Mario Juarez Organization**
Mobile: 510-821-6699
www.mariojuarez.co

