

# NEWS

**Federal Communications Commission**
445 12th Street, S.W.
Washington, D. C. 20554

News Media Information 202 / 418-0500
Internet: http://www.fcc.gov
TTY: 1-888-835-5322

This is an unofficial announcement of Commission action. Release of the full text of a Commission order constitutes official action.
See MCI v. FCC. 515 F 2d 385 (D.C. Circ 1974).

FOR IMMEDIATE RELEASE:
October 31, 2007

NEWS MEDIA CONTACT:
Mark Wigfield, 202-418-0253
Email: mark.wigfield@fcc.gov

## FCC EXPANDS LOCAL NUMBER PORTABILITY TO VoIP

*Agency Also Streamlines Porting Process for Consumers*

Washington, D.C. – The right of consumers to keep the same, familiar phone number when switching to a new telephone company was expanded today by the Federal Communications Commission, in an Order that will further ensure consumers' opportunity to choose a telephone service provider based on quality, price and service.

The FCC made clear that the obligation to provide local number portability extends to interconnected Voice over Internet Protocol providers and the telecommunications carriers that obtain numbers for them. This action was, in part, a response to numerous complaints by consumers about their inability to port numbers to or from interconnected VoIP providers. The FCC also initiated a Notice of Proposed Rulemaking seeking comment on additional VoIP numbering issues.

The FCC also clarified in its Order that telephone companies may not obstruct or delay number porting by demanding excess information from the customer's new provider, and specifically concluded that LNP validation for a simple number port should be based on no more than four fields: (1) 10-digit telephone number; (2) customer account number; (3) 5-digit zip code; and (4) pass code, if applicable. In its Notice, the FCC also tentatively concluded that it should require the industry to complete simple ports in 48 hours.

The FCC's Order also ensures that customers of small wireline carriers can port their telephone numbers to wireless carriers. The decision responds to a stay of the Commission's *Intermodal Number Portability Order* by the D.C. Circuit, which required the FCC to analyze the impact of its requirements on small entities under the Regulatory Flexibility Act.

Action by the Commission, October 31, 2007, by Report and Order, Declaratory Ruling, Order on Remand, and Notice of Proposed Rulemaking (FCC 07-188). Chairman Martin, Commissioners Copps, Tate and McDowell with Commissioner Adelstein approving in part and concurring in part. Separate statements issued by Chairman Martin, Commissioners Copps, Adelstein, Tate and McDowell.

Docket Nos.: 07-243, 07-244, 04-36, 95-116, 99-200

Wireline Competition Bureau Staff Contact: Melissa Kirkel at 202-418-7958.

-FCC-

News about the Federal Communications Commission can also be found on the Commission's web site www.fcc.gov.