# Mario Juarez

| | |
|---|---|
| **From:** | FCC <consumercomplaints@fcc.gov> |
| **Sent:** | Tuesday, June 17, 2025 8:26 PM |
| **To:** | Mario Juarez |
| **Subject:** | Request received: T MOBILE FAILURE TO COMPLY WITH PORTING OUT OF TELEPHONE NUMBERS |

**CAUTION: EXTERNAL EMAIL**

Thank you for contacting the FCC's Consumer Inquiries and Complaints Center.

We have received your submission and have assigned it Ticket No. 7931877. Periodic emails you receive throughout the complaint process updating you about the status of your complaint may reference this ticket number.

Your submission benefits the FCC by providing us with important information we can use to develop policies to protect consumers, enforce against violations of the Communications Act, and encourage future compliance with the law.

If you have information to add to your complaint, please respond directly to this email.

You can view a list of frequently asked questions about the informal complaint process at:
https://www.fcc.gov/consumercomplaints/FAQs

Thank you for your help in furthering the FCC's mission on behalf of consumers

This email is a service from FCC Consumer Inquires and Complaints.