# Mario Juarez

**From:** Mario Juarez
**Sent:** Friday, July 4, 2025 11:18 PM
**To:** Mario Juarez; Mario Juarez
**Subject:** Request updated: T MOBILE FAILURE TO COMPLY WITH PORTING OUT OF TELEPHONE NUMBERS

**From:** FCC <consumercomplaints@fcc.gov>
**Date:** June 18, 2025 at 9:21:03 AM GMT-7
**To:** Mario Juarez <Mario@mariojuarez.co>
**Subject: Request updated: T MOBILE FAILURE TO COMPLY WITH PORTING OUT OF TELEPHONE NUMBERS**
**Reply-To:** FCC <consumercomplaints@fcc.gov>

## CAUTION: EXTERNAL EMAIL

The FCC's Consumer Inquiries and Complaints Center is contacting you about the complaint you filed recently, which was assigned Ticket No. 7931877.

Thank you for your submission. Following our review, your complaint was served on your provider on June 18, 2025.

Here is what you can expect from the FCC's informal complaint process:

- Your provider should contact you directly in an effort to resolve your issue.

- The FCC's role in this process is to facilitate a conversation between you and your provider.

- Your provider is required to submit to the FCC a written response regarding your issue no later than 30 days from today.

- The FCC will not contact you regarding this complaint until we receive a response from your provider.

You can view a list of frequently asked questions about the informal complaint process at: https://www.fcc.gov/consumercomplaints/FAQs.

This email is a service from FCC Consumer Inquires and Complaints.