**ARENTFOX SCHIFF LLP**
Lynn R. Fiorentino
44 Montgomery St., 38th Floor
San Francisco, CA 94104
Telephone: 415.757.5500
Facsimile: 415.757.5501
lynn.fiorentino@afslaw.com

Lawrence H. Heftman (*pro hac vice*)
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: 312.258.5725
Facsimile: 312.258.5600
lawrence.heftman@afslaw.com

*Attorneys for Defendant T-Mobile USA, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO JUAREZ,<br><br>                              Plaintiff,<br><br>        v.<br><br>T-MOBILE USA, INC.,<br><br>                              Defendants. | Case No. 3:25-cv-05280-WHO<br><br>**STIPULATION REQUESTING ORDER RESCHEDULING TRO HEARING**<br><br><u>Hearing</u><br>Date:           Monday, July 7, 2025<br>Time:           2:00 p.m.<br>Courtroom:   2<br>Judge:         Hon. William H. Orrick |

STIPULATION REQUESTING
RESCHEDULED TRO HEARING

**STIPULATION**

Plaintiff Mario Juarez and Defendant T-Mobile USA, Inc. ("T-Mobile"), stipulate and agree to request the following relief:

1.    Plaintiff filed this action on June 24, 2025. (Dkt. 1.)

2.    On June 24, 2025, Plaintiff also filed a Motion for Temporary Restraining Order (the "Motion"), supporting memorandum, and exhibits. (*See* Dkt. 3, 5-7, 9.)

3.    On June 25, 2025, the Court entered an order setting a July 3, 2025 deadline for T-Mobile to respond to Plaintiff's Motion and scheduling a hearing on Plaintiff's Motion for July 7, 2025 at 2:00 p.m. (Dkt. 14.)

4.    On July 3, 2025, T-Mobile filed its Opposition to Plaintiff's Motion for Temporary Restraining Order and supporting declaration. (Dkt. 26.)

5.    The Parties are engaged in ongoing discussions to attempt to resolve this matter and believe additional time would be helpful to continue those discussions before a hearing on Plaintiffs' Motion for Temporary Restraining Order.

6.    The Parties therefore jointly request that the hearing on Plaintiff's Motion for Temporary Restraining Order currently set for Monday, July 7, 2025, at 2:00 p.m., be rescheduled to Thursday, July 10, 2025, at a time convenient for the Court.

IT IS SO STIPULATED.

/s/ *Mario Juarez*
MARIO JUAREZ
66 FRANKLIN STREET, SUITE 300
OAKLAND, CALIFORNIA 94601
mario@mariojuarez.co

/s/ *Lawrence. H. Heftman*
**ARENTFOX SCHIFF LLP**
Lynn R. Fiorentino (SBN 226691)
44 Montgomery St., 38th Floor
San Francisco, CA 94104
Telephone: 415.757.5500
Facsimile: 415.757.5501
lynn.fiorentino@afslaw.com

Lawrence H. Heftman (*pro hac vice*)
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: 312.258.5725
Facsimile: 312.258.5600
lawrence.heftman@afslaw.com

*Attorneys for Defendant T-Mobile USA, Inc.*

- 1 -

STIPULATION REQUESTING
RESCHEDULED TRO HEARING

The hearing is reset for July 10, 2025 at 8:45 a.m.

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2   DATED:   July 7, 2025

3   William H. Orrick
    United States District Judge

- 2 -

STIPULATION REQUESTING
RESCHEDULED TRO HEARING