MARIO JUAREZ
66 FRANKLIN STREET, SUITE 300
OAKLAND, CALIFORNIA 94601
mario@mariojuarez.co

*Plaintiff*

**A**RENT**F**OX **S**CHIFF LLP
Lynn R. Fiorentino (SBN 226691)
44 Montgomery St., 38th Floor
San Francisco, CA 94104
Telephone: 415.757.5500
Facsimile: 415.757.5501
lynn.fiorentino@afslaw.com

Lawrence H. Heftman (*pro hac vice*)
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: 312.258.5725
Facsimile: 312.258.5600
lawrence.heftman@afslaw.com

*Attorneys for Defendant T-Mobile USA, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO JUAREZ,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>T-MOBILE USA, INC.,<br><br>　　　　　　　Defendant. | Case No. 3:25-cv-05280-WHO<br><br>Hon. William H. Orrick |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Mario Juarez and Defendant T-Mobile USA, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that all claims asserted in the above-styled litigation are hereby dismissed with prejudice. Each side shall bear its own fees and costs.

1

Respectfully submitted this 9th day of July, 2025.

| | |
|---|---|
| /s/ *Mario Juarez* <br> MARIO JUAREZ <br> 66 FRANKLIN STREET, SUITE 300 <br> OAKLAND, CALIFORNIA 94601 <br> mario@mariojuarez.co <br><br> *Plaintiff* | /s/ *Lawrence H. Heftman* <br> **ARENTFOX SCHIFF LLP** <br> Lynn R. Fiorentino (SBN 226691) <br> 44 Montgomery St., 38th Floor <br> San Francisco, CA 94104 <br> Telephone: 415.757.5500 <br> Facsimile: 415.757.5501 <br> lynn.fiorentino@afslaw.com <br><br> Lawrence H. Heftman (*pro hac vice*) <br> 233 South Wacker Drive, Suite 7100 <br> Chicago, IL 60606 <br> Telephone: 312.258.5725 <br> Facsimile: 312.258.5600 <br> lawrence.heftman@afslaw.com <br><br> *Attorneys for Defendant T-Mobile USA, Inc.* |